IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH MCQUADE,
    Plaintiff,

vs.                                      Case No. 3:05cv26/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 18, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The State of Florida, Venkata R. Simpoli, John Heer, Al Stubblefield, Bob Murphy, Nancy Ramus, and Judge Linda Nobles are **DISMISSED** as Defendants from this action.

    3. This matter is referred to the assigned Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this 29th day of June, 2005.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **UNITED STATES SENIOR JUDGE**