IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH MCQUADE,
   Plaintiff,

vs.             Case No. 3:05cv26/RS/EMT

JEB BUSH, et al.,
   Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this action on January 28, 2005 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  The filing fee has been paid.  On April 5, 2005, Plaintiff filed an amended complaint (Doc. 4).  After review of the amended complaint, the undersigned issued a report and recommendation recommending that several defendants be dismissed from the action (Doc. 5).  On June 29, 2005, the District Judge entered an order adopting the report and recommendation and referring the matter to the undersigned for further proceedings (Doc. 11).  Plaintiff filed an interlocutory appeal regarding the order adopting the report and recommendation (Doc. 12), which was dismissed by the Eleventh Circuit Court of Appeals on September 6, 2005 (Doc. 20).

On September 21, 2005, the undersigned issued an order directing Plaintiff to obtain summonses and serve the amended complaint by January 19, 2006 (Doc. 21).  Plaintiff instead filed a motion for reconsideration of the earlier order dismissing several defendants (Doc. 22), which the District Judge denied (Doc. 23).  On December 23, 2005, Plaintiff filed a motion for extension of time, in which she sought a stay of this action pending the resolution of another case filed by Plaintiff (Doc. 27). The undersigned denied Plaintiff's motion and specifically ordered that Plaintiff effect service of the amended complaint as previously directed in this court's order of September

21, 2005 (Doc. 28).  Accordingly, Plaintiff was to have effected service no later than January 19, 2006.  The time for service of the amended complaint has elapsed, and Plaintiff has failed to effect service as directed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 20th day of January 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**