IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH MCQUADE,
    Plaintiff,

vs.                              Case No. 3:05cv26/RS/EMT

JEB BUSH, et al.,
    Defendants.

## O R D E R

Before the court is the magistrate judge's Report and Recommendation (Document 29). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This action is dismissed without prejudice because of the plaintiff's failure to comply with an order of the court and for failure to prosecute this action.
3. The clerk is directed to close the file.

ORDERED on February 22, 2006.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**